JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUG MINER, et al., individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>ECOLAB INC.,<br><br>　　　　　Defendant. | Case No. CV 17-2313 FMO (JCx)<br><br>**JUDGMENT** |

　　Pursuant to the Court's Order Re: Final Approval of Class Action Settlement ("Order"), filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

　　1. Plaintiff Glenn Payton shall be paid a service payment of $750.00 and plaintiff Doug Miner shall be paid a service payment of $2,250.00 in accordance with the terms of the Settlement Agreement and this Order.

　　2. Class counsel shall be paid $33,375.00 in attorney's fees, and $7,089.64 in costs in accordance with the terms of the Settlement Agreement and this Order.

　　3. The Claims Administrator, Simpluris, shall be paid for its fees and expenses in accordance with the terms of the Settlement Agreement.

　　4. The LWDA shall be paid $18,750.00 pursuant to the Settlement Agreement.

　　5. All class members who did not validly and timely request exclusion have released their

claims, as set forth in the Settlement Agreement, against any of the released parties (as defined in the Settlement Agreement).[1]

6.  Except as to any class members who have validly and timely requested exclusion, this action is **dismissed with prejudice**, with all parties to bear their own fees and costs except as set forth herein and in the prior orders of the court.

Dated this 29th day of December, 2022.

/s/
Fernando M. Olguin
United States District Judge

---

[1] All class members that submitted FLSA Opt-In Forms have released their FLSA claims as set forth in the Settlement Agreement.